# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CEASAR SEGURA, JR., | : | Civil No. 1:24-CV-00960 |
| Plaintiff, | : | |
| v. | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** on this 9th day of June, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss the complaint, Doc. 15, is **GRANTED** in part and **DENIED** in part.

2. Plaintiff's claims against Defendants Harry, Vega, and Ebersole are **DISMISSED** without prejudice.

3. Plaintiff's First Amendment claims of retaliation and denial of access to the courts are **DISMISSED** without prejudice.

4. Plaintiff's Eighth Amendment claims are <u>not</u> dismissed.

5. Plaintiff's claims under the Rehabilitation Act and Americans with Disabilities Act are **DISMISSED** without prejudice.

6. Plaintiff's Fourteenth Amendment claims are <u>not</u> dismissed.

7. Defendants will answer the complaint regarding the remaining claims by **July 9, 2025**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
