IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIO CEASAR SEGURA, JR., | : | Civil No. 1:24-CV-00960 |
| Plaintiff, | : | |
| v. | : | |
| PENNSYLVANIA DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# ORDER

**AND NOW**, on this 13th day of February 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's First Amendment retaliation claims associated with the alleged events of August 21, 2023 are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. Plaintiff's First Amendment denial of access to courts claim is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court shall serve a copy of the court's February 9, 2025 orders (Docs. 50, 51), the amended complaint (Doc. 52), notice of lawsuit and request to waive service of summons (form AO 398), waiver of service of summons (form AO 399) and this Order on the following 17 Defendants: (1) Jeffrey Davidson; (2) D. Henderson; (3) Z. Cokain; (4) Lorah; (5) Francis; (6) Jeffrey Elwell; (7) Dean; (8) William; (9) Bernard Dugan; (10) Samuel Larty; (11) Edward Lowe; (12) Cecelia Umeh Maduka; (13) Monica; (14) Liza Pokladwski-Diaz; (15) Michael Huffman; (16) Robert McSherry; and (17) Ragni. In the interest of efficient administrative judicial economy, the court requests that these Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

4. If service is unable to be completed due to Plaintiff's failure to properly name these Defendants, or provide a correct mailing address, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claims against these Defendants pursuant to Federal Rule of Civil Procedure 4(m).

5. Plaintiff shall maintain on file with the Clerk of Court a current address. *See* M.D. Pa. LR 83.18. If the court is unable to communicate with the Plaintiff because the Plaintiff has failed to notify the court of his address, the Plaintiff will be deemed to have abandoned the lawsuit.

          s/Jennifer P. Wilson
          JENNIFER P. WILSON
          United States District Judge
          Middle District of Pennsylvania