**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIO CEASAR SEGURA, JR., | : | Civil No. 1:24-CV-00960 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 22nd day of June 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss the amended complaint, Doc. 61, is **GRANTED** in part and **DENIED** in part.

2. All claims against Defendants Harry, Lorah, Dean, and Ragni are **DISMISSED** with prejudice.

3. All remaining First Amendment retaliation claims are **DISMISSED** with prejudice.

4. The Eighth Amendment claims against Defendant Effie and Nurse Donnison are **DISMISSED** with prejudice.

5. The claims against Defendants Francis and Cline are <u>not</u> dismissed.

6. The remaining Defendant shall file an answer to the amended complaint, Doc. 52, **by July 14, 2026.**

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania